223 So.2d 407

## LOUISIANA POWER & LIGHT COMPANY

v.

### George A. LASSEIGNE, Jr., et al.

No. 49850.

June 13, 1969.

In re: Louisiana Power & Light Company, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. John the Baptist.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

223 So.2d 407

## LOUISIANA POWER & LIGHT COMPANY

v.

### George A. LASSEIGNE, Jr., et al., Miss Yvonne Brady et al., Peter J. Brady et al.

No. 49851.

June 13, 1969.

In re: Louisiana Power & Light Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. John the Baptist. 220 So.2d 475.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.